

not IFP
Summons Tendered

## Case Assignment
## Standard Civil Assignment

Case number **3:18CV-691-CRS**

Assigned : Senior Judge Charles R. Simpson III
Judge Code : 4411

Designated Magistrate Judge : Magistrate Judge Regina S. Edwards
Magistrate Judge Code : 44AT

Assigned on 10/22/2018 4:29:43 PM
Transaction ID: 15237

[Request New Judge]  [Return]