USDC KYWD - Notice Of Deficiency (Rev. 1/09)

# United States District Court
# Western District of Kentucky
# at Louisville

### NOTICE OF DEFICIENCY

| | |
|---|---|
| **TO:** | Edward P. Rogers, # 267107 |
| **CASE #:** | 3:18-cv-691-CRS |
| **STYLE OF CASE:** | Rogers v. Luther Luckett Correctional Complex et al |
| **DOCUMENT TITLE:** | Summons Missing and/or Incomplete |
| **DATE:** | 10/23/2018 |
| **BY:** | V. Sill<br>*DEPUTY CLERK* |

*Please be advised that the recent filing of the above cited document with the Clerk's Office is deficient as indicated below:*

**SUMMONS. Plaintiff is required to prepare a Summons to be served upon each defendant. (Fed.R.Civ.P. 4)**

**Complete a Summons for each defendant with name address, and return to the Clerk for issuance. DO NOT send Summons to the defendant(s). (Summons form(s) attached).**

**YOU ARE GRANTED <u>30 DAYS</u> FROM THIS DATE TO REMEDY THE DEFICIENCY OR DEFICIENCIES IDENTIFIED ABOVE. <u>FAILURE TO COMPLY WITHIN 30 DAYS, WITHOUT GOOD CAUSE SHOWN, WILL RESULT IN THIS MATTER BEING BROUGHT TO THE ATTENTION OF THE COURT</u>**